# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LeBLANC, | Case No. CV 18-03424 JLS (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN BITER, Warden, | |
| Respondent. | |

In accordance with the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: May 2, 2018

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE